Brent T. Kolvet, Esq.
State Bar No. 1597
Thorndal, Armstrong, Delk, Balkenbush & Eisinger
6590 South McCarran Blvd., Suite B
Reno, Nevada 89509
(775) 786-2882
Attorneys for Defendant
City of Fernley

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| IRENE HUMPHREY, an individual, | Case No. 3:07-CV00564-RAM |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| CITY OF FERNLEY, a municipality; DOES 1-10, inclusive, | |
| Defendant. | |

COMES NOW Plaintiff, IRENE HUMPHREY, and Defendant, CITY OF FERNLEY, by and through their respective counsel and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate that the above-entitled matter may be dismissed with prejudice in its entirety and each party to bear their own costs and attorney's fees.

DATED: May 9, 2008.                           DATED: May 19, 2008.

JACK E. KENNEDY & ASSOCIATES, P.C.            THORNDAL, ARMSTRONG,
                                              DELK, BALKENBUSH & EISINGER

By _/s/ Jack E. Kennedy_                      By _/s/ Brent T. Kolvet_
  Jack E. Kennedy, Esq.                         Brent T. Kolvet, Esq.
  425 W. Plumb Lane                             6590 South McCarran Blvd., Suite B
  Reno, NV 89509                                Reno, NV 89509
  Attorneys for Plaintiff                       Attorneys for Defendant
  Irene Humphrey                                City of Fernley

IT IS SO ORDERED this _____ day of _____, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

THORNDAL, ARMSTRONG,
DELK, BALKENBUSH
& EISINGER
6590 South McCarran Blvd., Suite B
Reno, Nevada 89509
(775) 786-2882